```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRIA DESMORE,

                Plaintiff,

      - against -

ANDREW SAUL,
*Commissioner of Social Security*,

                Defendant.
-------------------------------------------------------------X

21-CV-2135 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Service of the complaint in this matter was due by June 9, 2021. No affidavit of service appears on the record, and no extension was requested. Accordingly, by June 23, 2021, Plaintiff shall file a status report and explanation.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated:  June 16, 2021
           New York, New York

Copies transmitted this date to all counsel of record.