

# Pasternack Tilker Ziegler
# Walsh Stanton & Romano LLP
Attorneys At Law

25 Newbridge Road
Suite 203
Hicksville, NY 11801

P: 800.692.3717
P: 516.742.3636
F: 516.742.3994

www.workerslaw.com

Author's Direct:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

Electronically Filed

February 16, 2022

Magistrate Judge Robert W. Lehrburger
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Andria Desmore v. Commissioner of Social Security*
              Civil Action No. 1:21-cv-02135-AT-RWL

Dear Judge Lehrburger:

    Pursuant to Your Honor's Supplemental Standing Order, dated March 18, 2021, the parties shall electronically file a joint letter advising the Court that the parties have complied with the requirements for resolving this case on or by February 18, 2022. With Defendant's consent, Counsel respectfully requests a 30-day extension until March 20, 2022 to file the joint letter to the Court.

    This is Plaintiff's first extension request in this case. We thank Your Honor for consideration in this matter.

                        Very truly yours,

                        PASTERNACK TILKER ZIEGLER
                        WALSH STANTON & ROMANO, LLP
                        *Christopher D. Latham*
                        CHRISTOPHER D. LATHAM

CDL sv

cc:    Susan D. Baird via ECF

SO ORDERED:

2/17/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE