```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRIA DESMORE,

                Plaintiff,

    - against -

ANDREW SAUL

                Defendants.
-------------------------------------------------------------X

21-CV-2135 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The administrative record in this case was filed on December 20, 2021. The Court twice granted extensions to file the requisite joint letter concerning potential settlement, the last extension being until April 20, 2022. No letter has been filed. Nor has any motion been filed. Accordingly, by **June 2, 2022**, the parties shall file a joint status letter either indicating that the parties have agreed to a resolution, or, if not, setting forth a proposed briefing schedule.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2022
       New York, New York

Copies transmitted this date to all counsel of record.