**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDRIA DESMORE,

                      Plaintiff,                      21 **CIVIL** 2135 (AT)(RWL)

      -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 20, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:**  New York, New York
           October 20, 2022

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                           **BY:**

                                                           **Deputy Clerk**